*GRANTED*
*Judge Maria-Elena James*

BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
MANJARI CHAWLA, Bar No. 218556
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM G. MCCULLOUGH CO., A California Corporation,<br><br>Defendant. | No.   CV 10 2744 MEJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CMC
Case No. CV 10 2744 MEJ

1  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*. The parties have resolved this matter and Defendant has made payment of past due amounts. Said voluntary dismissal without an order of the Court is appropriate, since Defendant has not filed an answer or responsive pleading in this matter.

A Case Management Conference has been scheduled for January 13, 2011. With this Request for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: October 20, 2010

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:  /s/  Concepcion E. Lozano-Batista
             CONCEPCIÓN E. LOZANO-BATISTA
             Attorneys for Plaintiffs

124860/593822

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CMC
Case No. CV 10 2744 MEJ